[No. 72835-1-I.   Division One.   April 6, 2015.]

KUT SUEN LUI ET AL., *Respondents*, v. ESSEX INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-12490-1, Susan Serko, J., entered October 11, 2013. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 45015-1-II.   Division Two.   April 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAVON KEALALANI GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01161-3, Robert A. Lewis, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45034-8-II.   Division Two.   April 7, 2015.]

THE CITY OF LAKEWOOD, *Respondent*, v. ROBERT W. WILLIS, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04623-1, Bryan E. Chushcoff, J., entered June 7, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick, J.; Bjorgen, A.C.J., concurring separately.

[No. 45391-6-II.   Division Two.   April 7, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. MARCUS R. LANGFORD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04425-4, John A. McCarthy, J., entered September 20, 2013. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.